United States District Court
Southern District of Texas
**ENTERED**
July 02, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SBU GROUP, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-1628 |
| | § | |
| OHIO CASUALTY INS. CO., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The parties have moved to abate this case pending the completion of an appraisal. (Docket Entry No. 10). The court grants the motion and administratively closes this case pending the appraisal.  Either party may move to reinstate this case to the active docket within 14 days from the date the appraisal determination or award issues.

SIGNED on July 2, 2021, at Houston, Texas.

_____

Lee H. Rosenthal
Chief United States District Judge